## United States District Court for the Northern District of Illinois

Case Number: 08cv1192         Assigned/Issued By: J. N.

Judge Name: ST. EVE           Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

Amount Due:  [✓] $350.00   [ ] $39.00   [ ] $5.00
             [ ] IFP       [ ] No Fee   [ ] Other _____
             [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                            Receipt #: 2571090

Date Payment Rec'd: 2-27-08                 Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

2  Original and  0  copies on  2-27-08  as to  ALL DEFENDANTS
                               (Date)

---

C:\wpwin80\docket\feeinfo.frm     03/14/05