# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

LYNN M. DOOLEY

CASE NUMBER: **08 C 1192**

V.

ASSIGNED JUDGE:

EVANSTON NORTWESTERN HEALTHCARE CORPORATION and SUSAN R. BESAW

DESIGNATED MAGISTRATE JUDGE:

JUDGE ST. EVE
MAGISTRATE JUDGE NOLAN

TO: (Name and address of Defendant)

Evanston Northwestern Healthcare Corporation
c/o Jeffrey H. Hillebrand, Registered Agent
1301 Central Street
Evanston, Illinois 60201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael J. Merrick
Merrick Law Firm LLC
150 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
Tel. (312) 269-0200; Fax (312) 269-0800; merrick@merricklawfirm.com

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Paula Harrison_ ———  February 27, 2008
(By) DEPUTY CLERK        Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 2-28-2008 |
| NAME OF SERVER (PRINT) Sam Witwer Jr | TITLE Member, Witwer & Waldron, LLC |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Registered Office, 1301 Central Street, Evanston, IL, via Ms. Barbara Austin, agent, Reception

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-28-2008     *Sam Witwer*
             4:18 p.m.
             Date           Signature of Server

            1603 Orrington Av. #2080
            Address of Server   Evanston, IL 60201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.