## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LYNN M. DOOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08 C 1192 |
| v. ) | |
| ) | Judge Amy J. St. Eve |
| EVANSTON NORTHWESTERN ) | |
| HEALTHCARE CORPORATION, an Illinois ) | Magistrate Judge Nolan |
| Corporation, and SUSAN R. BESAW, an ) | |
| individual, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF MOTION

**TO:** Counsel of Record Indicated on the Certificate of Service

**PLEASE TAKE NOTICE** that on Monday, March 31, 2008 at the hour of 8:30 a.m., or as soon thereafter as counsel may be heard, Evanston Northwestern Healthcare Corporation and Susan R. Besaw, by their attorneys, shall appear before the Honorable Judge Amy J. St. Eve in Room 1241 and shall then and there present the attached AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND a copy of which is attached hereto and hereby served upon you.

**DATED: March 19, 2008**

Respectfully submitted,
EVANSTON NORTHWESTERN
HEALTHCARE CORPORATION, ET. AL.

By /s/ Meagan C. LeGear
One of Its Attorneys

Ronald L. Lipinski
Meagan C. LeGear
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11440237.1

## **CERTIFICATE OF SERVICE**

I, Meagan C. LeGear an attorney, do hereby certify that on this 19th day of March, 2008, I electronically submitted the foregoing NOTICE OF MOTION to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Michael J. Merrick
>Merrick Law Firm, LLC
>150 North Michigan Ave., Suite 2700
>Chicago, Illinois 60601

/s/  Meagan C. LeGear

CH1 11440237.1