UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Lynn M. Dooley

                              Plaintiff,

v.                                                                 Case No.: 1:08−cv−01192

                                                                          Honorable Amy J. St. Eve

Evanston Northwestern Healthcare Corporation, et al.

                                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Amy J. St. Eve:Status hearing held on 4/10/2008, ( Status hearing set for 6/12/2008 at 08:30 AM. The Court adopts the joint status report. Rule 26(a)(1) disclosures due 4/11/2008. Written discovery to be issued by 4/21/2008. Fact discovery ordered closed by 9/2/2008. Burden of proof expert disclosures with reports due 9/12/2008. Rebuttal expert disclosures with reports due 10/10/2008. Expert discovery ordered closed by 11/7/2008. Dispositive motions with supporting memoranda due by 12/15/2008. Written demand due 4/18/2008, with a courtesy copy to chambers. Written offer due 4/30/2008, with a courtesy copy to chambers. Parties to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Parties to contact the courtroom deputy by 5/9/2008 regarding referral to the Magistrate Judge for a settlement conference.)Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.