# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lynn M. Dooley

Plaintiff,

v.

Case No.:
1:08−cv−01192
Honorable Amy J.
St. Eve

Evanston Northwestern Healthcare Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

     MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/12/2008 and continued to 7/30/08 at 8:30 a.m. Parties are urged to contact the courtroom deputy, 312/435−5879, if/when there is interest in having the case referred to the magistrate judge for settlement conference. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.