# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lynn M. Dooley

               Plaintiff,

v.                     Case No.: 1:08−cv−01192

                          Honorable Amy J. St. Eve

Evanston Northwestern Healthcare Corporation, et al.

               Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

   Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Nan R. Nolan for the purpose of holding proceedings related to: settlement conference. (kef, )Mailed notice.

Dated: June 17, 2008

                             /s/ Amy J. St. Eve

                           United States District Judge