**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Lynn M. Dooley
                                                    Plaintiff,

v.                                                                                                                Case No.: 1:08−cv−01192

                                                                                                                Honorable Amy J. St. Eve

Evanston Northwestern Healthcare Corporation, et al.
                                                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve: Status hearing set for 8/27/08 is stricken and reset to 9/25/2008 at 08:30 AM. If the parties file their stipulation of dismissal prior to 9/25/08, no appearance will be required at the next status hearing. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.