UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Lynn M. Dooley

                                      Plaintiff,

v.                                                                   Case No.:
                                                                 1:08−cv−01192

                                                                 Honorable Amy J. St. Eve

Evanston Northwestern Healthcare Corporation, et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 25, 2008:

      MINUTE entry before the Honorable Nan R. Nolan:Settlement conference held on 8/25/2008. Agreement reached. Parties directed to file stipulated dismissal order within thirty (30) days with the District Judge. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Judge Honorable Nan R. Nolan no longer referred to the case.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.